Certificate Number: 15322-PAE-DE-039863454

Bankruptcy Case Number: 25-12667



15322-PAE-DE-039863454

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2025</u>, at <u>5:10</u> o'clock <u>PM CDT</u>, <u>ANYTRA A SMALL</u> completed a course on personal financial management given <u>by telephone</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   July 13, 2025            By:   /s/Gene Bralewski

                                 Name: Gene Bralewski

                                 Title: Certified Credit Counselor