United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12667-amc |
| Anytra Allannah Small | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 28, 2026 | Form ID: 155 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Anytra Allannah Small, 3937 Lankenau Ave Unit #2, Philadelphia, PA 19131-2808 |
| 15025355 | Citizens Bank, Citizens Bank One Citizens Plaza 02903, Providence, RI 02903 |
| 15025361 | Comenity/Cosmo Prof, Comenity Bank, Bankruptcy Department PO, Columbus, OH 43218-2125 |
| 15025378 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15025382 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15025391 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15037854 | | Email/Text: bnc@atlasacq.com | Jan 29 2026 00:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15025346 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 29 2026 00:43:54 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15042306 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 00:43:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15025347 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 00:43:53 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15025348 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 29 2026 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15025352 | | Email/Text: BKPT@cfna.com | Jan 29 2026 00:31:00 | CFNA, Attn: Bankruptcy, BK?11/Customer Service PO Box 81315, Cleveland, OH 44181-0315 |
| 15025354 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2026 00:31:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15026807 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 29 2026 00:31:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15025356 | | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15025365 | | Email/Text: cfcbackoffice@contfinco.com | Jan 29 2026 00:32:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 15025349 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2026 00:43:38 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15025350 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 29 2026 00:43:45 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15033538 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 25-12667-amc    Doc 23    Filed 01/30/26    Entered 01/31/26 00:39:32    Desc Imaged
                    Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 155 | Total Noticed: 62 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 29 2026 00:43:45 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15029411 | | Email/Text: mrdiscen@discover.com | Jan 29 2026 00:31:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 15025351 | + | Email/Text: bankruptcy@cavps.com | Jan 29 2026 00:32:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 15036130 | + | Email/Text: bankruptcy@cavps.com | Jan 29 2026 00:32:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15025353 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 00:43:42 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15025357 | | Email/Text: bankruptcy@philapark.org | Jan 29 2026 00:32:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15025358 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2026 00:32:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15025359 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2026 00:32:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15025360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2026 00:32:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15025362 | ^ | MEBN | Jan 29 2026 00:24:56 | Comenity/Sally, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5065 |
| 15025363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2026 00:32:00 | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15025364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2026 00:32:00 | Comenitycapital/ross, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15025366 | + | Email/Text: bankruptcy@credencerm.com | Jan 29 2026 00:32:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7603 |
| 15025367 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2026 00:43:53 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15025368 | | Email/Text: mrdiscen@discover.com | Jan 29 2026 00:31:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15025369 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 29 2026 00:32:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15025370 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 29 2026 00:31:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15025371 | | Email/Text: bk@hughesfcu.org | Jan 29 2026 00:32:00 | Hughes Fcu, 8095 S Nogales Hwy, Tucson, AZ 85706 |
| 15025372 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2026 00:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15040643 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2026 00:32:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 15025373 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2026 00:32:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15025374 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2026 00:43:52 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15045958 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15025375 | + | Email/Text: Documentfiling@lciinc.com | Jan 29 2026 00:31:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |

Case 25-12667-amc    Doc 23    Filed 01/30/26    Entered 01/31/26 00:39:32    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 155 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 15029524 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2026 00:43:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15025376 | | Email/Text: bnc@nordstrom.com | Jan 29 2026 00:32:11 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15028613 | + | Email/PDF: cbp@omf.com | Jan 29 2026 00:43:53 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15025377 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 29 2026 00:32:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15025381 | ^ | MEBN | Jan 29 2026 00:24:51 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15025384 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2026 00:43:45 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15047566 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2026 00:43:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15025379 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15025380 | ^ | MEBN | Jan 29 2026 00:24:59 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15025383 | | Email/Text: bankruptcy@philapark.org | Jan 29 2026 00:32:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15045020 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15025385 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 00:43:38 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15025386 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 00:43:38 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15025387 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 00:43:38 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15025388 | + | Email/Text: bankruptcysst@alorica.com | Jan 29 2026 00:31:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15032324 | + | Email/Text: bankruptcy@bbandt.com | Jan 29 2026 00:32:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15025389 | + | Email/Text: bankruptcy@bbandt.com | Jan 29 2026 00:32:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 15025390 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 29 2026 00:32:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15043955 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 29 2026 00:43:42 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15025392 | + | Email/PDF: cbp@omf.com | Jan 29 2026 00:43:53 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 155 | Total Noticed: 62 |

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Anytra Allannah Small help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Anytra Allannah Small<br><br>   Debtor(s). | Case No. 25−12667−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 27, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court